IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | │ | |
| | │ | |
| Ali-Gadson, Keidra Aiesha, | │ | Case No. 19-59740-WLH |
| | │ | |
| Debtor(s). | │ | Chapter 13 |
| | │ | |

**NOTICE OF CONVERSION OF CASE TO
CHAPTER 7 UNDER SECTION 1307(a)**

Under section 1307(a) of the Bankruptcy Code, Debtor(s) is/are entitled to convert this Chapter 13 case to a case under Chapter 7 at any time, and Debtor(s) now wish(es) to convert this Chapter 13 case to a case under Chapter 7.

WHEREFORE, Debtor(s), pursuant to Rule 1017(f)(3) of the Federal Rules of Bankruptcy Procedure, hereby give notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Dated: July 13, 2021

THE PATEL LAW GROUP, LLC

/s/_____
Rushi Patel, Attorney for Debtor
Georgia Bar No. 791855
1995 North Park Pl., SE, Suite 565
Atlanta, Georgia 30339
(404) 490-2998
rdp@patel-legal.com

Approved by:

_____/S/
Ali-Gadson, Keidra Aiesha

IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| Ali-Gadson, Keidra Aiesha, | Case No. 19-59740-WLH |
| Debtor(s). | Chapter 13 |

**CERTIFICATE OF SERVICE**

    I hereby certify, under penalty of perjury that I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's Notice of Conversion upon the following in the manner specified below, or by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon, to ensure delivery to:

Debtor: Keidra Aiesha Ali-Gadson, 1691 Tree Line Rd, Lithonia, GA 30058

Electronic Notice via ECF:

Nancy J. Whaley, Ch. 13 Trustee

Office of the United States Trustee

First Class Mail:

[See Attached Matrix]

Dated: August 2, 2021

THE PATEL LAW GROUP, LLC

/s/_____
Rushi Patel, Attorney for Debtor
Georgia Bar No. 791855
1995 North Park Pl., SE, Suite 565
Atlanta, Georgia 30339
(404) 490-2998
rdp@patel-legal.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-59740-wlh<br>Northern District of Georgia<br>Atlanta<br>Mon Aug  2 12:11:43 EDT 2021 | Mark Allan Baker<br>McMichael Taylor Gray, LLC<br>Suite 260<br>3550 Engineering Drive<br>Peachtree Corners, GA 30092-2871 | John Robert Callison<br>Barrett Daffin Frappier Turner<br> and Engel, LLP<br>Suite 100, 4004 Belt Line Rd<br>Addison, TX 75001-4320 |
| E. L. Clark<br>Clark & Washington, LLC<br>Bldg. 3<br>3300 Northeast Expwy.<br>Atlanta, GA 30341-3932 | Crown Realty & Manag<br>1702 Macy Dr<br>Roswell, GA 30076-6348 | Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Abbey Ulsh Dreher<br>Barrett Daffin Frappier Turner Engel LLP<br>Suite 100<br>4004 Belt Line Road<br>Addison, TX 75001-4320 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Michelle Rene Ghidotti-Gonsalves<br>The Law Offices of Michelle Ghidotti<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705-7811 |
| IRS<br>401 W. Peachtree St., NW<br>Stop #334-D<br>Room 400<br>Atlanta, GA 30308 | LaVerne Donaldson<br>1691 TREELINE RD<br>Lithonia, GA 30058-5675 | Brandi R. Lesesne<br>Barrett Daffin Frappier Turner Engel LLP<br>Suite 100<br>4004 Belt Line Road<br>Addison, TX 75001-4320 |
| Rushmore Loan Management Services<br>PO Box 55004<br>Irvine, CA 92619-5004 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA Inc.<br>Reg. Agent: C T Corporation System<br>289 S Culver Street<br>Lawrenceville, GA 30046-4805 |
| Source Receivables Mgmt, Llc<br>Attn: Bankruptcy Dept<br>4615 Dundas Dr., Suite 102<br>Greensboro, NC 27407-1761 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| U.S. Bank National Association<br>Rushmore Loan Management Services<br>PO Box 55004<br>Irvine, CA 92619-5004 | U.S. Bank National Association,<br>c/o Rushmore Loan Management Services<br>P.O. Box 52708<br>Irvine, CA 92619-2708 | (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>ATTN ROBERT ZAYAC<br>40 MARIETTA ST SUITE 300<br>ATLANTA GA 30303-2812 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | WESTLAKE FINANCIAL SERVICES<br>4751 WILSHIRE BLVD<br>SUITE 100<br>LOS ANGELES CA 90010-3847 | Wells Fargo Bank, N.A.<br>DFLT Doc Processing N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| Wells Fargo Bank, N.A.<br>Timothy J. Sloan, CEO<br>101 N. Phillips Avenue<br>Sioux Falls, SD 57104-6714 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Home Mortgage<br>Attn: Bankruptcy Dept<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 |
| Westlake Financial Services<br>Attn: Bankruptcy<br>Po Box 76809<br>Los Angeles, CA 90076-0809 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Compliance Division<br>ARCS Bankruptcy<br>1800 Century BLVD NE Suite 9100<br>Atlanta, GA 30345-3202 | Sprint Corp<br>Attention Bankruptcy<br>PO Box 7949<br>Overland Park, KS 66207-0949 | U.S. Department of Housing & Urban<br>Development<br>451 Seventh St SW<br>Washington, DC 20410 |
| (d)U.S. Department of Housing and Urban Devel<br>451 7th Street S.W.<br>Washington, DC 20410 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     0<br>Total                 27 | |