IN THE UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

### REQUEST FOR CHANGE OF ADDRESS

Case Name: **In Re Ali-Gadson, Keidra Aiesha**

Case No: **19-59740-WLH**

**Change of Address For**: Debtor

**Change For**: Notices ONLY

EFFECTIVE DATE OF CHANGE:  January 17, 2022

Name:  Keidra Aiesha Ali-Gadson

Prior Address:  1691 Tree Line Rd, Lithonia, GA 30058

..............................................................................

New Address:  Keidra Aiesha Ali-Gadson
P.O.Box 1284
Redan, GA 30074

Change of Address Was Furnished By:    **Attorney**

Date:  January 17, 2022     Signature of Filer:  /s/ Rushi Patel
Telephone Number:  404-490-2998

**IF FILED BY ATTORNEY**

Attorney Name:      Rushi Patel
Bar ID:             791855
Address:            The Patel Law Group, LLC
                    1995 N. Park Pl. SE, Ste 565
                    Atlanta, GA 30339