UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KEIDRA AIESHA ALI-GADSON, | : | CASE NO. 19-59740-WLH |
| | : | |
| Debtor. | : | |
| | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On January 14, 2022, the Trustee sold real property of the estate known as 1691 Tree Line Road, Lithonia, GA 30058 ("**Property**") to SSFR Atlanta Acquisition (No. 1), LP by its general partner, SSFR Atlanta Acquisition (No. 1) (GP) LLC ("**Purchaser**") for $190,000.00 as ordered and approved by the Court on January 10, 2022 [Doc. No. 85].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $51,324.71 from the sale.

Respectfully submitted this 18th day of January, 2022.

                                                        /s
                                        _____
                                        S. Gregory Hays
Hays Financial Consulting, LLC          Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

# Seller's Settlement Statement



## CAMPBELL & BRANNON
### ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 01/14/2022 |
| **Disbursement Date:** | 01/14/2022 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | |
| **Lender:** | |
| **Loan Type:** | None |
| **Buyer:** | SSFR Atlanta Acquisition (No 1), LP by its general partner, SSFR Atlanta Acquisition (No. 1 (GP) LLC<br>2855 Marconi Drive Suite 310<br>Alpharetta, GA 30005 |
| **Seller:** | S. Gregory Hays, as and only as Trustee for the Bankruptcy Estate of Keidra Aiesha Ali-Gadson aka Keidra Al-Gadson<br>171 17th Street, NW<br>Suite 2100<br>Atlanta, GA 30363 |
| **Property location:** | 1691 Tree Line Road<br>Lithonia, GA 30058 |
| **Tax Parcel No:** | 16-069-04-032 |

|  | Seller Debit | Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 190,000.00 |
| **Prorations/Adjustments** | | |
| County Taxes ($1376.86)<br>01/01/22 _01/14/22 | 49.04 | |
| **Commissions** | | |
| Commission - Selling Agent to Excalibur Homes LLC | 4,750.00 | |
| Commission- Listing Agent to Humphries & King Realty, LLC | 6,650.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to Rushmore Loan Management Services LLC | 83,087.91 | |
| Payoff of Second Mortgage Loan to ISN Corporation | 9,760.60 | |
| **Miscellaneous Debits/Credits** | | |
| Debtor's Homestead exemption to Keidra Aiesha Ali-Gadson aka Keidra Al-Gadson | 21,500.00 | |
| Dekalb County Water balance to Dekalb County Water | 12,877.74 | |
| **Subtotals** | 138,675.29 | 190,000.00 |
| **Balance Due TO Seller** | 51,324.71 | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **Report of Sale** by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated and upon all the following persona or entities at the addresses stated:

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Rushi D. Patel
The Patel Law Group, LLC
1995 North Park Place, SE
Suite 565
Atlanta, GA 30339

Kedra Aiesha Ali-Gadson
PO Box 128
Redan, GA 30074

This 18th day of January, 2022.

/s  *S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, Georgia 30305
(404) 926-0060