**IT IS ORDERED as set forth below:**



Date: February 15, 2022

_____
**Wendy L. Hagenau**
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   19-59740-WLH |
| | ) | |
| KEIDRA AIESHA ALI-GADSON, | ) | CHAPTER   7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER AUTHORIZING TRUSTEE TO DISBURSE ADDITIONAL FUNDS TO RUSHMORE LOAN MANAGEMENT SERVICES, LLC AS SERVICER FOR U.S. BANK**

On February 15, 2022, S. Gregory Hays, as Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate (the "**Bankruptcy Estate**") of Keidra Aisha Ali-Gadson ("**Debtor**"), filed his *Motion for Authorization to Disburse Additional Funds to Rushmore Loan Management Services, LLC as Servicer for U.S. Bank* ("**Motion**") [Doc. No. 94], requesting authority to disburse additional funds from the Bankruptcy Estate in the amount of $1,135.81 to Rushmore Loan Management Services, LLC as servicer for U.S. Bank ("**Rushmore**") in full satisfaction of the debt secured by the security deed of U.S. Bank.

17789377v1

The Court having considered the entire record in this matter and finding that there is no need for notice or hearing on the Motion and for good cause shown, it is hereby

**ORDERED** that Trustee is authorized to disburse additional funds from the Bankruptcy Estate in the amount of $1,135.81 to Rushmore care of its counsel, Laura A. Grifka, McMichael Taylor Gray, LLC.

[END OF DOCUMENT]

ARNALL GOLDEN GREGORY, LLP
*Attorneys for Trustee*

By:/s/ *Michael J. Bargar*
    Michael J. Bargar
    State Bar No. 645709
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873-7030
Facsimile:  (404) 873-7031
Email: michael.bargar@agg.com

17789377v1

## DISTRIBUTION LIST

Michael J. Bargar
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303

S. Gregory Hays
Chapter 7 Trustee
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

U.S. Bank National Association
Laura A. Grifka
McMichael Taylor Gray, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092

17789377v1