UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KEIDRA AIESHA ALI-GADSON, | : | CASE NO. 19-59740-WLH |
| | : | |
| Debtor. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) [Docket # 101]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION, DEADLINE TO OBJECT AND HEARING [Docket # 102]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 14th day of June, 2022.

_/s/ S. Gregory Hays_
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Label Matrix for local noticing
113E-1
Case 19-59740-wlh
Northern District of Georgia
Atlanta
Tue Jun 14 10:05:08 EDT 2022

Keidr Niesha Ali-Gadson
PO Box 1284
Redan, GA 30074-1284

Mark Allan Baker
McMichael Taylor Gray, LLC
Suite 260
3550 Engineering Drive
Peachtree Corners, GA 30092-2871

John V. Ball
Humphries & King Realty
Suite 510-205
830 Glenwood Avenue
Atlanta, GA 30316-1966

Michael J. Bargar
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363-1031

John Robert Callison
Barrett Daffin Frappier Turner
 and Engel, LLP
Suite 100, 4004 Belt Line Rd
Addison, TX 75001-4320

Crown Realty & Manag
1702 Macy Dr
Roswell, GA 30076-6348

Dekalb County Watershed
774 Jordan Lane, Suite 200
Decatur GA 30033-5700

Directv, LLC
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

(p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL  LL
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001-4320

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Michelle Rene Ghidotti-Gonsalves
The Law Offices of Michelle Ghidotti
1920 Old Tustin Ave.
Santa Ana, CA 92705-7811

Laura A. Grifka
McMichael Taylor Gray, LLC
3550 Engineering Drive
Suite 260
Peachtree Corners, GA 30092-2871

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305-4909

Hays Financial Consulting, LLC
S. Gregory Hays
2964 Peachtree Road NW
Suite 555
Atlanta, Ga 30305-4909

IRS
401 W. Peachtree St., NW
Stop #334-D
Room 400
Atlanta, GA 30308

LaVerne Donaldson
1691 TREELINE RD
Lithonia, GA 30058-5675

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Rushi D. Patel
The Patel Law Group, LLC
1995 N. Park Pl. SE
Ste 565
Atlanta, GA 30339-2240

Penn Foster School
14300 N. Northsight Blvd Ste 125
Scottsdale AZ 85260-3674

Philip L. Rubin
Lefkoff Rubin Gleason Russo Williams PC
Suite 900
5555 Glenridge Connector
Atlanta, GA 30342-4762

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-5004

Santander Consumer USA
Attn: Bankruptcy
Po Box 961245
Fort Worth, TX 76161-0244

Santander Consumer USA Inc.
Reg. Agent: C T Corporation System
289 S Culver Street
Lawrenceville, GA 30046-4805

Source Receivables Mgmt, Llc
Attn: Bankruptcy Dept
4615 Dundas Dr., Suite 102
Greensboro, NC 27407-1761

(p)SPRINT
C O AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

U.S. Bank National Association
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-5004

U.S. Bank National Association,
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

U.S. Bank National Association, not in its i
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-5004

(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

(p)USCB CORPORATION
PO BOX 75
ARCHBALD PA 18403-0075

Uscb Corporation
PO Box 1259, Dept 119881
Oaks, PA 19456-1259

WESTLAKE FINANCIAL SERVICES
4751 WILSHIRE BLVD
SUITE 100
LOS ANGELES CA 90010-3847

Wells Fargo Bank N.A.
1 Home Campus X2303-012
Des Moines, IA 50238

Wells Fargo Bank, N.A.
DFLT Doc Processing N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-1663

Wells Fargo Bank, N.A.
Timothy J. Sloan, CEO
101 N. Phillips Avenue
Sioux Falls, SD 57104-6714

Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623-9657

Wells Fargo Home Mortgage
Attn: Bankruptcy Dept
P.O. Box 10335
Des Moines, IA 50306-0335

Westlake Financial Services
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90076-0809

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Abbey Ulsh Dreher
Barrett Daffin Frappier Turner Engel LLP
Suite 100
4004 Belt Line Road
Addison, TX 75001

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century BLVD NE Suite 9100
Atlanta, GA 30345-3202

(d)Brandi R. Lesesne
Barrett Daffin Frappier Turner Engel LLP
Suite 100
4004 Belt Line Road
Addison, TX 75001

Sprint Corp
Attention Bankruptcy
PO Box 7949
Overland Park, KS 66207-0949

U.S. Department of Housing & Urban
Development
451 Seventh St SW
Washington, DC 20410

(d)U.S. Department of Housing and Urban Devel
451 7th Street S.W.
Washington, DC 20410

Uscb Corporation
Attn: Bankruptcy
Po Box 75
Archbald, PA 18403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Santander Consumer USA Inc.

(d)U.S. Bank National Association
Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-5004

(u)U.S. Bank Trust National Association

(u)Wells Fargo Bank, N.A.

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 40 |
| Bypassed recipients | 4 |
| Total | 44 |