**IT IS ORDERED as set forth below:**



Date: July 20, 2022

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KEIDRA AIESHA ALI-GADSON, | : | CASE NO. 19-59740-WLH |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE TRUSTEE AND PROFESSIONALS OF THE TRUSTEE**

On June 10, 2022, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Keidra Aiesha Ali-Gadson, filed applications for payment of compensation in the amount of $10,953.93 and expenses in the amount of $59.48 to the Chapter 7 Trustee [Doc. No. 97-1], compensation in the amount of $6,400.50 and expenses in the amount of $450.64 to Arnall Golden Gregory LLP, the Chapter 7 Trustee's counsel [Doc. No. 97-2], and compensation in the amount of $2,040.00 and expenses in the amount of $93.10 to Hays Financial Consulting, LLC, the Chapter 7 Trustee's accountants [Doc. No. 97-3] (collectively, the "**Fee Applications**").

18399957v1

Also on June 10, 2022, Trustee filed his *Trustee's Final Report (TFR)* [Doc. No. 97] (the "**Trustee's Final Report**") in which he proposed to make certain distributions to creditors, including the above mentioned professionals.

On June 14, 2022, Trustee filed two notices [Doc. Nos. 101 and 102] (collectively, the "**Notices**") regarding the Fee Applications and Trustee's Final Report, in accordance with the Second Amended and Restated General Order No. 24-2018 and setting the Fee Applications and Trustee's Final Report for hearing on July 28, 2022 (the "**Hearing**").

Trustee certifies that he served the Notices on all creditors and parties in interest entitled to notice. [Doc. No. 103].

No objection to the relief requested in the Fee Applications or Trustee's Final Report was filed prior to the objection deadline provided in the Notices and pursuant to the Second Amended and Restated General Order No. 24-2018.

The Court having considered the Fee Applications and Trustee's Final Report along with all other matters of record, including the lack of objection to the relief requested in the Fee Applications and Trustee's Final Report, and, based on the forgoing, finding that no further notice or hearing is necessary; and, the Court having found that good cause exists to grant the relief requested in the Fee Applications and Trustee's Final Report, it is hereby

**ORDERED** that the Fee Applications and Trustee's Final Report are **APPROVED** and this approval is made final. It is further

**ORDERED** that the fees and expenses requested are allowed as compensation and reimbursement of expenses as follows:

| *Applicant* | *Docket No.* | *Fees* | *Expenses* | *Total* |
|---|---|---|---|---|
| S. Gregory Hays, Chapter 7 Trustee | 97-1 | $10,953.93 | $59.48 | $11,013.41 |

18399957v1

| Arnall Golden Gregory LLP, attorneys for Chapter 7 Trustee | 97-2 | $6,400.50 | $450.64 | $6,851.14 |
| Hays Financial Consulting, LLC, accountants for Chapter 7 Trustee | 97-3 | $2,040.00 | $93.10 | $2,133.10 |

It is further

**ORDERED** that Trustee is authorized and directed to pay said compensation and reimbursement of expenses approved herein based on available funds and as expressly set forth in Trustee's Final Report.

[END OF DOCUMENT]

Order prepared and presented by:

**ARNALL GOLDEN GREGORY LLP**
*Attorneys for Trustee*

By:*/s/ Michael J. Bargar*
　　　Michael J. Bargar
　　　Georgia Bar No. 645709
　　　michael.bargar@agg.com
171 17th Street, NW, Suite 2100
Atlanta, GA 30363 / (404) 873-8500

Identification of parties to be served:

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Keidra Aiesha Ali-Gadson, PO Box 1284, Redan, GA 30074

Rushi D. Patel, The Patel Law Group, LLC, 1995 N. Park Pl. SE, Ste 565, Atlanta, GA 30339

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305

Michael J. Bargar, Arnall Golden Gregory LLP, 171 17th Street, NW, Suite 2100, Atlanta, GA 30363

18399957v1